AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00228 |
|  | ) Assigned to: Judge Faruqui, Zia M |
| SANDRA RUTH PARKER | ) Assign Date: 2/12/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SANDRA RUTH PARKER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2 - Aiding and Abetting
18 U.S.C. § 371 - Conspiracy
18 U.S.C. § 1361 - Destruction of Government Property
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and (2) - Restricted Building or Grounds Access

Date:   02/12/2021                                                           2021.02.12 15:05:40 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.                           ZIA M. FARUQUI, United States Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)*  _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*