UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : |
| | : Case No. 1:21-mj-161 |
| BENNIE ALVIN PARKER, et al., | : |
| | : MAGISTRATE JUDGE LITKOVITZ |
| Defendant. | : |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 20-07, this Court finds that the Defendant (or the Juvenile), after consultation with counsel, has consented to the use of video conferencing/teleconferencing to conduct the Initial Initial Appearance Hearing held on 2/18/2021.

Accordingly, the proceeding held on this date may be conducted by:

__X__  video teleconference

____   teleconference, because video teleconferencing is not reasonably available for the following reasons:

   ____  that the defendant is detained at a facility that is lacking video teleconferencing capability.

   ____  other: video conference system at the jail was inoperable.

**IT IS SO ORDERED.**

*Karen L. Litkovitz*
**Karen L. Litkovitz**
**United States Magistrate Judge**